IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05cv337-T |
| | ) | WO |
| SHIRLEY E. MONCRIEF | ) | |

**ORDER ON MOTION**

The movant, Shirley E. Moncrief, has filed a pleading styled as a "*Motion to Supplement 28 U.S.C. § 2255.*" (Doc. 10.) The court construes this pleading to contain (1) a motion to supplement the § 2255 motion and (2) a motion for an evidentiary hearing. Upon consideration of these motions, and for good cause, it is ORDERED that:

1. The motion to supplement is GRANTED.

2. The motion for an evidentiary hearing is DENIED at this time.

DONE, this 6th day of December, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE